■ BANK LEUMI TRUST COMPANY OF NEW YORK, Respondent, v NATIONAL BANK OF NORTH AMERICA, Appellant, et al., Defendant. — Judgment, Supreme Court, New York County (A. P. Williams, J.), entered on January 7, 1982, unanimously affirmed. Respondent shall recover of appellant $75 costs and disbursements of this appeal. The appeal from the order of said court, entered on January 6, 1982, is unanimously dismissed, without costs and without disbursements, as being subsumed in the appeal from the judgment. No opinion. Concur — Sullivan, J. P., Markewich, Bloom, Fein and Asch, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v REGINALD RUDOLPH, Appellant. — Judgment, Supreme Court, Bronx County (Eggert, J.), rendered on November 6, 1980, unanimously affirmed. Application by appellant's counsel to withdraw as counsel is granted. (See *Anders v California*, 386 US 738; *People v Saunders*, 52 AD2d 833.) We have reviewed this record and agree with appellant's assigned counsel that there are no meritorious points which could be raised on this appeal. Concur — Sullivan, J. P., Markewich, Bloom, Fein and Asch, JJ.

■ In the Matter of W. HARVEY MAYER, an Attorney. — Petition granted only to the extent of referring the matter to the petitioner to act as referee and suspending respondent from the practice of law effective as of the date of entry of this court's order, all as indicated in the order of this court. Concur — Murphy, P. J., Kupferman, Sandler, Markewich and Bloom, JJ.

## (June 3, 1982)

■ BETHLEHEM STEEL CORPORATION, Respondent, v SHELDON H. SOLOW, Individually and Doing Business as SOLOVEIFF REALTY CO., and as SOLOW BUILDING COMPANY, et al., Appellants. — Order and judgment, Supreme Court, New York County (Rubin, J.), entered on January 22, 1981 and February 2, 1981, respectively, unanimously affirmed. Respondent shall recover of appellants one bill of $75 costs and disbursements of these appeals. The appeal from the order of said court entered on February 2, 1981 is dismissed as being subsumed in the appeal from the judgment. No opinion. Concur — Sandler, J. P., Sullivan, Ross and Lynch, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, JUAN DE JESUS, Appellant. — Judgment, Supreme Court, New York County (Soloff, J.), rendered on October 16, 1981, unanimously affirmed. The case is remitted to the Supreme Court, New York County, for further proceedings pursuant to CPL 460.50 (subd 5). No opinion. Concur — Sandler, J. P., Sullivan, Ross, Silverman and Lynch, JJ.